

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00088-CV

**ELG OIL, LLC** and ELG Utility, LLC,
Appellants

v.

**STRANCO SERVICES, LLC**,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-03-00056-CVK-A
Honorable Walden E. Shelton, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED for further proceedings. It is ORDERED that appellants, ELG Oil, LLC and ELG Utility, LLC, recover their costs of this appeal from appellee, Stranco Services, LLC. The obligations of Fidelity and Deposit Company of Maryland as surety on appellant's supersedeas bond are DISCHARGED.

SIGNED October 9, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

---

[1] The Honorable Stella H. Saxon granted the partial summary judgment in favor of the appellee. The Honorable Walden E. Shelton signed the final judgment.